**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 20-1028**

---

MOSES BEAUFORT,

Plaintiff - Appellant,

v.

RALPH H. JOHNSON,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Richard Mark Gergel, District Judge. (2:18-cv-01569-RMG)

---

Submitted: June 16, 2020                                           Decided: June 18, 2020

---

Before MOTZ and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Moses Beaufort, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moses Beaufort appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint without prejudice for failure to prosecute. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Beaufort's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
